JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 749 -- In re Lothar W. Hubert Employment Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/12/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 - A-2) Filed by Lothar W. Hubert -- SUGGESTED TRANSFEREE DISTRICT: N.D. CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: HON. WILLIAM W. SCHWARZER -- w/cert. of svc. and Exhibits (rh) |
| 87/12/31 | | APPEARANCE: JON B. SIGERMAN, ESQ. for Lothar W. Hubert. (tmq) |
| 88/01/05 | 2 | RESPONSE (to pldg. #1) -- U.S. Telecom, Inc., GTE Communications Services, Inc. and US Sprint Communications Co. -- w/Exhibit and cert. of service (cds) |
| 88/01/14 | | APPEARANCE: J. NICK BADGEROW, ESQ. for US TELECOM, INC., GTE COMMUNICATIONS SERVICES, INCORPORATED, US SPRINT COMMUNICATIONS COMPANY (paa) |
| 88/02/10 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/19 | 3 | SUPPLEMENTAL RESPONSE (to pldg. #1) -- US Sprint Communications Co., GTE Communications Servies, Inc. and US Telecommunications Co. -- w/Exhibit A and cert. of service (cds) |
| 88/02/26 | 4 | REPLY -- Filed by Lothar W. Hubert -- w/cert. of svc. (rh) |
| 88/03/25 | | HEARING APPEARANCES: (For Hearing on 3/25/88 in San Francisco, California) -- DOUGLAS KAHN, ESQUIRE for Lothar W. Hubert; GEORGE DESDIEKER, ESQUIRE for U.S. Sprint Communications Company, U.S. Telecom, Inc. & GTE Telecommunications Services, Inc. (paa) |
| 88/04/15 | | CONSENT OF TRASFEREE COURT -- for assignment of actions to the N.D. California before Judge Schwarzer (cds) |
| 88/04/15 | | **TRANSFER ORDER** -- transferring A-1 to the **Northern District of California** for assignment to the Honorable **William W. Schwarzer** -- Notified involved judges, clerks, counsel and miscellaneous recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 749 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Lothar W. Hubert Employment Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/25/88 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 15, 1988 | TO | Unpublished | N.D. California | William W. Schwarzer | |

Special Transferee Information

DATE CLOSED: *Closed* 9/26/88

4/15/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 749 -- In re Lothar W. Hubert Employment Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | U.S. Telecom, Inc., et al. v. Lothar Walter Hubert | Kan. O'Connor | 87-2344-O | 4/15/88 | C-88-1643-WWS | closed 9/26/88 | per ltr from Judge |
| A-2 | Lothar W. Hubert v. U.S. Sprint Communications Co., et al. | Cal., N. Schwarzer | C 87-4411-WWS | | | closed 9/26/88 | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 749 -- In re Lothar W. Hubert Employment Contract Litigation

---

US TELECOM, INC.
GTE COMMUNICATIONS SERVICES, INC.
US SPRINT COMMUNICATIONS COMPANY
J. Nick Badgerow, Esquire
Spencer, Fane, Britt & Browne
500/40 Corporate Woods
9401 Indian Creek Parkway
Overland Park, Kansas 66225

LOTHER W. HUGERT (A-2)
Jon B. Sigerman, Esquire
155 Sansome Street, Suite 1200
San Francisco, CA 94104

GTE SPRINT COMMUNICATIONS SERVICES, INC.
(no appearance received)
George S. Duesdieker, Esq.
Senior Attorney
U.S. Sprint Communications Co.
1350 Old Bayshore Highway, Room 580
Burlingame, CA 94010

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 749 -- In re Lothar W. Hubert Employment Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lothar Walter Hubert | A-1 |
| U.S. Sprint Communications Co. | A-2 |
| G.T.E. Sprint Communications Services, Inc. | A-2 |
| U.S. Telecom Communications, Inc. | A-2 |
| Network West, Inc. (a subsidiary of U.S. Sprint Communications Co.) | A-2 |
| | |
| | |
| | |
| | |
| | |