JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 15 1986

PATRICIA D. ROLAND
CLERK OF THE PANEL

DOCKET NO. 749

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LOTHAR W. HUBERT EMPLOYMENT CONTRACT LITIGATION

TRANSFER ORDER*

This litigation consists of the two actions listed on the attached Schedule A and pending, respectively, in the Northern District of California and the District of Kansas.  Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Lothar W. Hubert (the plaintiff in the California action and the defendant in the Kansas action) for an order transferring the Kansas action to the Northern District of California for coordinated or consolidated pretrial proceedings with the action pending there.  Three other parties common to both actions oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  Both actions focus on the facts surrounding the termination of Hubert's employment in California with U.S. Sprint Communications Co.  Centralization under Section 1407 is thus desirable in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of California is the appropriate transferee forum for this litigation.  We note that California is where i) Hubert performed his job duties, ii) Hubert's employment was terminated, and iii) state administrative proceedings relating to the job termination occurred.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Kansas be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable William W. Schwarzer for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

* Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

MDL-749 -- In re Lothar W. Hubert Employment Contract Litigation

### District of Kansas

U.S. Telecom, Inc., et al. v. Lothar Walter Hubert, C.A. No. 87-2344-O

### Northern District of California

Lothar W. Hubert v. U.S. Sprint Communications Co., et al., C.A. No. C 87-4411-WWS